## SMITH v. STATE.
### No. 19546.

Court of Criminal Appeals of Texas.
March 3, 1938.

M. E. Gates and E. R. Wright, both of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for murder; punishment, two years in the penitentiary.

The record is here without a statement of facts or bills of exception. All matters of procedure appearing regular, the judgment is affirmed.

J.' R. Bogard, of San Augustine, for appellant.

Lloyd . W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for two years.

Notice of appeal, given in open court and entered of record, is essential to the jurisdiction of the Court of Criminal Appeals. Article 827, C.C.P.; Tex.Jur., Vol. 4, pp. 114–116, §§ 76–78; Rose v. State, Tex.Cr.App., 111 S.W.2d 255; Shelbourne v. State, 131 Tex.Cr.R. 298, 98 S.W.2d 192; Kinney v. State, Tex.Cr.App., 110 S.W.2d 63. The order appearing in the transcript in the present instance is nothing more than a docket entry, and is insufficient to show notice of appeal. The appeal must therefore be dismissed, and it is so ordered.

## MYERS v. STATE.
### No. 19556.

Court of Criminal Appeals of Texas.
March 3, 1938.

## BIRDWELL v. STATE.
### No. 19455.

Court of Criminal Appeals of Texas.
March 3, 1938.